JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 797 -- In re Alleged Fraud Litigation Involving Delco Wire and Cable Company, et al.

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/11/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-2), EXHIBITS A - B, ATTACHMENTS 1 - 2, AND CERT. OF SERVICE -- defts. Lawrence Koffler, John Kaplan, Paul Jesko and John Flynn -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVANIA, SUGGESTED TRANSFEREE JUDGE: JUDGE VanARTSDALEN  (cds) |
| 88/12/01 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- pltf. Carol Cable Co. -- **EXTENSION GRANTED TO ALL PARTIES TO AND INCLUDING DECEMBER 19, 1988** -- Notified involved counsel. (ds) |
| 88/12/05 | | APPEARANCES: DANIEL A. REZNECK, ESQ. for Carol Cable Co., Inc.; MILTON EISENBERG, P.C. for J. Lee Bonoff; BARRY F. SCHWARTZ, ESQ. for Paul Jesko; THOMAS W. OSTRANDER, ESQ. for Lawrennce Koffler; and JOHN ROGERTS CARROLL, ESQ. for John J. Flynn  (cds) |
| 88/12/06 | | **APPEARANCE** -- ROBERT G. FLANDERS, JR., ESQ. for J. Lee Bonoff w/cert. of svc. and **Request for Extension of Time -- Previously Granted to All Parties to and Including December 19, 1988**  (ds) |
| 88/12/06 | | APPEARANCE -- IVY STARR MINELY, ESQ. for Mike Tapper  (ds) |
| 88/12/07 | | APPEARANCE -- SONIA C. JAIPAUL, AUSA, ESQ. for United States of America  (ds) |
| 88/12/12 | | LETTER -- re: Panel Attorney Service List -- signed by Barry F. Schwartz, counsel for deft. Paul J. Jesko (ds) |
| 88/12/13 | | HEARING ORDER -- setting motion of defendants Lawrence Koffler, John Kaplan, Pual Jesko and John Flynn for transfer of A-1 for Panel hearing on January 26, 1989 in Phoenix, Ariz.  (ds) |
| 88/12/19 | 3 | RESPONSE/MEMORANDUM (to pldg. #1) -- deft. J. Lee Bonoff w/cert. of svc.  (ds) |
| 88/12/19 | 4 | RESPONSE/MEMORANDUM (to pldg. #1) -- deft. Carol Cable Company w/cert. of svc.  (ds) |
| 88/12/20 | 5 | RESPONSE/MEMORANDUM (to pldg. #1) -- deft. United States of America w/cert. of svc.  (ds) |
| 89/01/25 | | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- ALL PARTIES WAIVED  (ds) |

| | |
|---|---|
| 89/02/07 | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Pennsylvania to the Hon. Donald Van Artsdalen for pretrial proceedings (rh) |
| 89/02/07 | TRANSFER ORDER -- Transferring A-1 to the E.D. Pennsylvania pursuant to 28 U.S.C. §1407 -- Notified involoved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 797 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Alleged Fraud Litigation Involving Delco Wire and Cable Company, et al.

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 26, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 7, 1989 | TO | Unpublished | E.D. Pennsylvania | Hon. Donald W. Van Artsdalen | |

Special Transferee Information

DATE CLOSED: 2/21/91

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — Hon. Donald W. Van Artsdalen, E.D. Pennsylvania

DOCKET NO. 797 -- In re Alleged Fraud Litigation Involving Delco Wire and Cable Company, et al.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Carol Cable Company, Inc. v. Lawrence H. Koffler, et al. | R.I. Torres | 88-0556(ECT) | 2-7-89 | 89-1657 | 6/21/90 D | ✓ |
| A-2 | United States of America v. Delco Wire and Cable Company, Inc. | Pa., E. VanArtsdalen | 87-8262(VA) | | | 2/21/91 D | |

July 1989 - 1 R/1 42/ 2 Pending
July 1990 - Same
July 1991 - 2 [illegible] Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 797 -- In re Alleged Fraud Litigation Involving Delco Wire and Cable Company, et al.

Revised December 12, 1988

CAROL CABLE CO., INC. (A-1)
 (also deft.)
Daniel A. Resneck, Esq.
Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036

UNITED STATES OF AMERICA (A-2)
Sonia C. Jaipaul, AUSA
United States Attorney
3310 United States Courthouse
601 Market Street
Philadelphia, PA 19106

J. LEE BONOFF
Robert G. Flanders, Jr., Esquire
Flanders - Medeiros, Inc.
One Turks Head Place, Suite 700
Providence, Rhode Island 02903

JOHN J. FLYNN
John Rogers Carroll, Esq.
Carroll & Carroll
Ste. 1206, One Independence Mall
615 Chestnut Street
Philadelphia, PA 19106

LAWRENCE KOFFLER
Thomas W. Ostrander, Esq.
Duanne, Morris & Heckscher
One Franklin Plaza
Philadelphia, PA 19102

PAUL J. JESKO
Barry Schwartz, Esq.
Wolf, Block, Schorr and Solis-Cohen
Twelfth Floor, Packard Building
S.E. Corner 15th and Chestnut Streets
Philadelphia, PA 19102-2678

JOHN KAPLAN
(no appearance received)
Edward S. Goldin, Esq.
Pucci & Goldin
The Hay Building
123 Dyer Street
Providence, RI 02903

~~MIKE TAPPER
Ivy Starr Minely, Esq.
Box 165 Amwell Road
R.D. #2
Hopewell, NJ 08525~~

UNABLE TO DETERMINE ADDRESS
OR COUNSEL FOR FOLLOWING:
    JOYCE DAHILL
    CANADA WIRE & CABLE, LTD.
    ~~JANICE BONK
    DELCO WIRE AND CABLE CO., INC.
    Delco Electronics
    JOYCE JESKO~~

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 797 -- In re Alleged Fraud Litigation Involving Delco Wire and Cable Company, et al.

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | [illegible] | A-1, A-2 |
| ✓ | [illegible] | A-1 A-2 |
| | [illegible] | A-1 (crossed out) A-2 |
| | P[illegible] Jasko | A-1 A-2 |
| ✓ | [illegible] | A-1 (crossed out) [illegible] |
| — | [illegible] dis'd | A-2 |
| — | [illegible] dis'd | A-2 |
| ✓ | Canal Cable Co. | A-2 |
| — | J[illegible] Jasko dis'd | A-2 |
| — | Joyce [illegible] | A-2 |
| — | [illegible] | A-2 |

p. _____

| | |
|---|---|
| ~~Janice Conte~~ Dis'd | A2 |
| Mike Tipper | A2 |
| ~~Lawrence H. Ruffino~~ | A2 |
| Carmela Wise + Philip Hill | A2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |